# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **GRASS VALLEY INVESTMENT GROUP I,** <br> **Plaintiff,** <br> **WEAVERVILLE INVESTMENT GROUP I,** <br> **Plaintiff,** <br> **DIAMOND SPRINGS INVESTMENT GROUP II,** <br> **Plaintiff,** <br> **v.** <br> **UNITED STATES,** <br> **Defendant.** | * | **No. 04-1284C, 04-1302C, 04-1320C - ADR Pilot** <br> **Filed: September 13, 2004** <br> **cc: Judge Firestone** |

* * * * * * * * * * * * * * * * * *

**O R D E R**

The above-captioned cases are participating cases in the United States Court of Federal Claims' Alternative Dispute Resolution (ADR) Pilot Program and the undersigned is the ADR judge assigned to these cases. Pursuant to the Second Amended General Order No. 40 ADR Pilot Procedures, after receiving the Notice of Appearance, the ADR judge is responsible for scheduling an early meeting with the parties to discuss the use of ADR to resolve the case, any threshold issues, including jurisdictional issues, and if appropriate, the ADR judge may provide the parties with an early neutral evaluation.

The Notices of Appearance in the above-captioned cases were filed on August 31, 2004. Therefore, the court, hereby, schedules an ADR meeting with the parties on **Friday, October 1, 2004 at 10:30 a.m.** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (612) 305-4440 and defendant's counsel at (202) 305-7561. Both parties should be prepared to discuss the possibility of resolving the above-captioned cases via alternative means.

Pursuant to the Second Amended General Order No. 40, the parties shall execute and

submit the ADR Confidentiality Agreement to the chambers of the undersigned judge on or before **Wednesday, September 29, 2004 at 12:00 p.m.** via fax at (202) 219-9543. The ADR Confidentiality Agreement is attached to General Order No. 40, which can be found on the court's internet website at http://www.uscfc.uscourts.gov/adr.htm. A copy of this order is being provided to the presiding trial judge.

**IT IS SO ORDERED.**

S/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**