# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **GRASS VALLEY INVESTMENT GROUP I,** | * | |
| **Plaintiff,** | * | |
| **DIAMOND SPRINGS INVESTMENT GROUP II,** | * | |
| **Plaintiff,** | * | **Nos. 04-1284C, 04-1302C, 04-1320C - ADR Pilot** |
| **WEAVERVILLE INVESTMENT GROUP I,** | * | **Filed: September 22, 2004** |
| | * | **cc: Judge Firestone** |
| **Plaintiff,** | * | |
| **v.** | * | |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * *

**O R D E R**

By an order dated September 13, 2004, this court scheduled an initial Alternative Dispute Resolution (ADR) meeting in the above-captioned cases for October 1, 2004. On September 20, the parties jointly contacted the court to reschedule the October 1 meeting. The court, therefore, reschedules the initial ADR meeting to **Tuesday, October 5, 2004 at 11:00 a.m. EST** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiffs' counsel at (612) 305-4440 and defendant's counsel at (202) 305-7561. Both parties should be prepared to discuss the possibility of resolving the above-captioned cases via alternative means.

The court reminds the parties that pursuant to the Second Amended General Order No. 40, the parties shall execute and submit the ADR Confidentiality Agreement to the chambers of the undersigned judge on or before **Wednesday, September 29, 2004 at 12:00 p.m.** via fax at (202) 219-9543. The ADR Confidentiality Agreement is attached to General Order No. 40, which can be found on the court's internet website at http://www.uscfc.uscourts.gov/adr.htm. A copy of this order is being provided to the presiding trial judge.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**