**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GRASS VALLEY INVESTMENT GROUP I,<br><br>Plaintiff,<br><br>DIAMOND SPRINGS INVESTMENT GROUP II,<br><br>Plaintiff,<br><br>WEAVERVILLE INVESTMENT GROUP I,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Nos. 04-1284C, 04-1302C, 04-1320C – ADR Pilot<br><br>**JOINT LIST OF SIMILAR CASES**<br><br>(Marian Blank Horn ADR Judge) |

**JOINT LIST OF SIMILAR CASES**

Pursuant to the Court's Order of October 5, 2004, the parties respectfully submit the following list of similar cases filed with this Court. This list addresses the forty-eight (48) civil actions filed to date this year by the law firm of Eckland & Blando LLP alleging breach of contract and takings claims on behalf of owners of housing in the U.S. Department of Agriculture's Section 515 program. These cases are similar in nature to the three cases listed in the above caption that have already been designated for ADR.[1]

[1] The parties understand that three additional cases have also been designated for the Court's ADR pilot program: *Hollister Investment Group II v. United States*, No 04-1297C; *Ramona Investment Group II v. United States*, No. 04-1259C; and *Pixley Investment Group v. United States*, No. 04-1315C. Those three cases are included in the attached list.

The forty-eight cases listed in the attached chart have been divided into six groupings.[2] The first group is comprised of the six cases that have already been designated for ADR. The parties believe that these groupings will assist in the management of these cases through the ADR process, in the event that additional cases from among these forty-eight are referred for ADR.

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
MARK J. BLANDO, Of Counsel
Eckland & Blando LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 305-4444
Facsimile: (612) 305-4439

*Attorneys for Plaintiffs*

Dated: November 22, 2004

**Filed Electronically**
**With the consent of the Attorney**
**for Defendant**

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**

DAVID M. COHEN
Director

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*

Dated: November 22, 2004

---

[2] The parties also note that two of the cases in the attached list, *Quincy Investment Group v. United States*, No. 04-1317C (Damich, J.) and *Northway Investment Group v. United States*, No. 04-1299C (Damich, J.), have been consolidated with *Grass Valley v. United States*, No. 98-726C (Damich, J.).

**Joint List of Similar Cases**

| Case No. | Name | Judge |
|---|---|---|
| **Group 1** | | |
| 04-1284C | GRASS VALLEY INVESTMENT GROUP I | Firestone/ ADR Horn |
| 04-1302C | DIAMOND SPRINGS INVESTMENT GROUP (II) | Firestone/ ADR Horn |
| 04-1320C | WEAVERVILLE INVESTMENT GROUP(I) | Firestone/ ADR Horn |
| 04-1297C | HOLLISTER INVESTMENT GROUP II | Bush/ ADR Horn |
| 04-1259C | RAMONA INVESTMENT GROUP II | Bush/ ADR Horn |
| 04-1315C | PIXLEY INVESTMENT GROUP | Bush/ ADR Horn |
| **Group 2** | | |
| 04-1287C | BRAWLEY I INVESTMENT GROUP | Baskir |
| 04-1305C | BRAWLEY II INVESTMENT GROUP | Baskir |
| 04-1301C | ASHLAND II INVESTMENT | Block |
| 04-1314C | CARSON RIDGE INVESTMENT GROUP II | Hodges |
| 04-1304C | CALIFORNIA TERRACE APARTMENTS | Lettow |
| 04-1291C | LAKE HAVASU INVESTMENT GROUP | C. Miller |
| 04-1263C | CARSON RIDGE INVESTORS(I) | Smith |
| 04-1295C | WEAVERVILLE INVESTMENT GROUP (II) | Smith |
| 04-1303C | DIAMOND SPRINGS APARTMENTS (I) | Sypolt |
| 04-1262C | LADO DEL RIO INVESTORS | Wolski |

| Case No. | Name | Judge |
|---|---|---|
| **Group 3** | | |
| 04-1260C | CHOWCHILLA INVESTMENT GROUP | Allegra |
| 04-1307C | ARVIN INVESTMENT GROUP | Braden |
| 04-1264C | AUBURN INVESTMENT GROUP | Bruggink |
| 04-1293C | SEELEY INVESTMENT GROUP | Bruggink |
| 04-1317C | QUINCY INVESTMENT GROUP | Damich |
| 04-1296C | HOLTVILLE INVESTMENT GROUP | Hodges |
| 04-1322C | KINGSBURG INVESTMENT GROUP | Lettow |
| 04-1309C | ANTHONY GARDEN APARTMENTS | C. Miller |
| 04-1312C | LOS BANOS INVESTMENT GROUP I | G. Miller |
| 04-1294C | SHASTA VIEW RANCH | G. Miller |
| 04-1313C | THERMAL PROPERTIES, LTD | Sypolt |
| 04-1285C | EL PASEO LTD | Sypolt |
| **Group 4** | | |
| 04-1289C | YREKA INVESTMENT GROUP | Braden |
| 04-1311C | LOS BANOS GARDEN APARTMENTS (II) | Bruggink |
| 04-1298C | GRASS VALLEY II INVESTMENT GROUP | Hewitt |
| 04-1267C | RAMONA INVESTMENT GROUP I | Hodges |
| 04-1321C | MICHELLE MANOR | Sypolt |
| **Group 5** | | |
| 04-1288C | EXETER ENTERPRISES | Allegra |
| 04-1319C | HOLLISTER INVESTMENT GROUP, III | Block |

| Case No. | Name | Judge |
|---|---|---|
| 04-1261C | HOLLISTER INVESTMENT GROUP | Braden |
| 04-1299C | NORTHWAY INVESTMENT GROUP | Damich |
| 04-1266C | KERMAN INVESTMENT GROUP | Hewitt |
| 04-1316C | OAKHURST ENTERPRISES II | Hewitt |
| 04-1286C | GARDNERVILLE INVESTMENT GROUP | Lettow |
| 04-1292C | KELSEYVILLE INVESTMENT GROUP | Smith |
| 04-1300C | TUNNEL STREET | Williams |
| 04-1318C | RIO DELL ENTERPRISES | Williams |
| 04-1290C | MARIPOSA ENTERPRISES II | Wolski |
| **Group 6** | | |
| 04-1306C | 1st TRUST & SAVINGS BANK OF KANKAKEE | Allegra |
| 04-1265C | JOSEPH P. TATE, SOLE PROPRIETORSHIP, | G. Miller |
| 04-1310C | O.B. PARTNERSHIP | Smith |
| 04-1308C | LAND TRUST NO. 6005, STATE BANK OF JERSEYVILLE | Wolski |