IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRASS VALLEY<br>INVESTMENT GROUP (I),<br>A CALIFORNIA LIMITED<br>PARTNERSHIP, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1284C<br>(Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR A STAY OF PROCEEDINGS

Pursuant to Rules 1 and 7(b) of the Rules of the United States Court of Federal Claims, plaintiff, Grass Valley Investment Group (I), a California Limited Partnership, and the defendant, the United States, respectfully request that the Court stay further proceedings in this matter while the case remains in the Court's ADR pilot program. This is the parties' first request for a stay for this purpose.

On August 13, 2004, this case was assigned to the Court's ADR pilot program. Pursuant to Second Amended General Order No. 40, the parties are required to meet several filing deadlines in an effort to explore the possibility of an amicable resolution of plaintiff's claims. In order to engage in fruitful ADR activities, and to avoid potentially duplicative and unnecessary filings, the parties request that the Court stay proceedings in this case while it remains in the Court's ADR program. Upon conclusion of ADR, if no amicable resolution is met, the parties request an additional 14 days before the resumption of any filing deadlines which may arise in this case.

For the foregoing reasons, the parties respectfully request that the Court grant this joint motion to stay proceedings in this case while it remains in the Court's ADR pilot program, and for an additional 14 days after the conclusion of ADR.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**
DAVID M. COHEN
Director

**s/ Jeff H. Eckland**
JEFF H. ECKLAND
Eckland & Blando LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: (612) 305-4444
Fax: (612) 305-4439

**s/ Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7643

Attorney for Plaintiffs

Attorneys for Defendant

Dated: January 10, 2005

**Filed Electronically**
**with the consent of the Attorney for Plaintiffs**