# In the United States Court of Federal Claims

**No. 04-1284C**
**(Filed: January 13, 2005)**

* * * * * * * * * * * * * * * * * *

**GRASS VALLEY INVESTMENT GROUP (I),**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**ORDER**

Parties' joint motion, filed January 10, 2005, for a stay of proceedings in order for the parties to proceed with the Court's ADR pilot program is **GRANTED**. Accordingly, the above-captioned case is **STAYED** for 90 days. The parties shall file a joint status report by **Thursday, April 14, 2005** detailing the status of their discussions and whether they wish to continue with ADR.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn