**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GRASS VALLEY INVESTMENT GROUP I,<br><br>Plaintiff,<br><br>DIAMOND SPRINGS INVESTMENT GROUP II,<br><br>Plaintiff,<br><br>WEAVERVILLE INVESTMENT GROUP I,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Nos. 04-1284C, 04-1302C, 04-1320C – ADR Pilot<br><br>(Marian Blank Horn ADR Judge) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of December 1, 2004, the parties respectfully submit this Joint Status Report to inform the Court as to the status of the Alternative Dispute Resolution ("ADR") process with respect to the three above-captioned cases. A telephonic status conference is scheduled for Thursday, January 27, 2005 at 2:30 pm EST.

The parties are pleased to report that they have exchanged initial disclosures on all three of the properties consistent with the Court's Order of December 1, 2004. Plaintiffs have produced a preliminary damages analysis for two of the three properties, together with supporting documentation, and are in the process of preparing a preliminary damages analysis for the third property. In addition, defendant will be producing to plaintiff the

agency's servicing file for each of the three properties next week. Finally, the parties have identified, through their disclosures and related discussions, a number of issues for further review and negotiation.

In short, the parties believe that the ADR process to date has been productive and look forward to continuing their exchanges and discussions. The parties also look forward to addressing these issues with the Court during the upcoming status conference.

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
MARK J. BLANDO, Of Counsel
Eckland & Blando LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 305-4444
Facsimile: (612) 305-4439

*Attorneys for Plaintiffs*

Dated: January 25, 2005

**Filed Electronically**
**With the consent of the Attorney**
**for Defendant**

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**

DAVID M. COHEN
Director

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*

Dated: January 25, 2005