# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**GRASS VALLEY INVESTMENT GROUP I,**

**Plaintiff,**

**DIAMOND SPRINGS INVESTMENT GROUP II,**

**Plaintiff,**

**WEAVERVILLE INVESTMENT GROUP I,**

**Plaintiff,**

**HOLLISTER INVESTMENT GROUP II,**

**Plaintiff,**

**RAMONA INVESTMENT GROUP II,**

**Plaintiff,**

**Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C - ADR Pilot**
**Filed: March 2, 2005**
**cc: Judge Bush, Judge Baskir, Judge Firestone**

| | |
|---|---|
| **PIXLEY INVESTMENT GROUP** | * |
| **Plaintiff,** | * |
| **BRAWLEY I INVESTMENT GROUP,** | * |
| **Plaintiff,** | * |
| **BRAWLEY II INVESTMENT GROUP,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **UNITED STATES** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * *

**O R D E R**

On March 2, 2005, an ADR status conference was held in the three lead cases, Grass Valley Investment Group I v. United States, Diamond Springs Investment Group II v. United States, and Weaverville Investment Group I v. United States. At that conference, the parties discussed the status of the ADR proceedings and the potential for using the ADR model developed in the three lead cases for the forty-five other similar cases filed with this court.

The court commends the parties for their cooperation, hard work, and progress achieved in the three lead cases. The parties shall file, on or before **Friday, April 1, 2005**, a joint status report detailing further progress on the three lead cases and the status of their applicability to the forty-five similar cases. Also, the parties shall file a corrected and updated version of the parties' Joint List of Similar Cases on or before **Friday, April 1, 2005**. A sample version of the list, as of the date of the status conference, is attached to this order for the parties to check and correct. The parties may add additional columns and information as appropriate.

As discussed at the status conference, the parties shall appear at an ADR status conference on **Wednesday, April 6, 2005 at 10:30 a.m. EST** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (612) 305-4440 and defendant's counsel at (202) 305-7561. Both parties should be prepared to further discuss the continuing progress of ADR in the three lead cases, Grass Valley Investment Group I v.

United States, Diamond Springs Investment Group II v. United States, and Weaverville Investment Group I v. United States, as well as the next steps in the ADR process for the other similar cases.

The defendant's attorney also should inform the court **within three days** of a decision regarding whether the United States will proceed with its appeal in Franconia Associates, Inc. v. United States.

The undersigned remains available to assist the parties at any time and looks forward to an appropriate resolution of the above-captioned cases. A copy of this order is being provided to the presiding trial judges in the above captioned cases.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**