**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GRASS VALLEY INVESTMENT GROUP I,<br><br>Plaintiff,<br><br>DIAMOND SPRINGS INVESTMENT GROUP II,<br><br>Plaintiff,<br><br>WEAVERVILLE INVESTMENT GROUP I,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Nos. 04-1284C, 04-1302C, 04-1320C – ADR Pilot<br><br>(Marian Blank Horn, ADR Judge) |

**UPDATED JOINT LIST OF SIMILAR CASES**

Pursuant to the Court's Order of March 2, 2005, the parties respectfully submit the attached updated list of similar cases that have been filed with this Court. All of the cases identified on the attached list allege breach of contract and taking claims on behalf of owners of housing in the U.S. Department of Agriculture's Section 515 program.

The attached list is broken down into two sections. Section A lists the forty-eight related civil actions that were included in the parties' prior Joint List of Similar Cases, filed on November 22, 2004. As noted in the parties' prior filing, this list is broken down into six groupings, with the first group consisting of the six cases that had been, as of that date, designated for ADR proceedings. Section B lists three related cases that have been filed subsequent to November 22, 2004. These cases have been designated as "Group 7."

As the attached list indicates, all of the motions to stay filed by the parties that have been ruled upon by the Court have been granted. The parties are awaiting a ruling on a pending motion to stay in six of the fifty-one cases. Finally, there are three cases on the attached list in which the parties have not moved for a stay pending the conclusion of ADR proceedings: two cases that have been consolidated with *Grass Valley Terrace v. United States*, No. 98-726C (Chief Judge Damich) (*Quincy Investment Group v. United States*, No. 04-1317C and *Northway Investment Group v. United States*, No. 04-1299C) and one in which defendant has filed a motion to dismiss on jurisdictional grounds (*Carpenter v. United States*, No. 04-1740C (Judge George Miller)).

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
MARK J. BLANDO, Of Counsel
Eckland & Blando LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 305-4444
Facsimile: (612) 305-4439

*Attorneys for Plaintiffs*

Dated: April 4, 2005

**Filed Electronically**
**With the consent of the Attorney**
**for Defendant**

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**

DAVID M. COHEN
Director

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*

Dated: April 4, 2005

**EXHIBIT A**

**A. Joint List of Similar Cases Submitted on November 22, 2004**

| Case No. | Name | Judge | Stayed |
|---|---|---|---|
| **Group 1** | | | |
| 04-1284C | GRASS VALLEY INVESTMENT GROUP I | Firestone/ ADR Horn | yes |
| 04-1302C | DIAMOND SPRINGS INVESTMENT GROUP (II) | Firestone/ ADR Horn | yes |
| 04-1320C | WEAVERVILLE INVESTMENT GROUP(I) | Firestone/ ADR Horn | yes |
| 04-1297C | HOLLISTER INVESTMENT GROUP II | Bush/ ADR Horn | yes |
| 04-1259C | RAMONA INVESTMENT GROUP II | Bush/ ADR Horn | yes |
| 04-1315C | PIXLEY INVESTMENT GROUP | Bush/ ADR Horn | yes |
| **Group 2** | | | |
| 04-1287C | BRAWLEY I INVESTMENT GROUP | Baskir / ADR Horn | yes |
| 04-1305C | BRAWLEY II INVESTMENT GROUP | Baskir / ADR Horn | yes |
| 04-1301C | ASHLAND II INVESTMENT | Block | yes |
| 04-1314C | CARSON RIDGE INVESTMENT GROUP II | Hodges | yes |
| 04-1304C | CALIFORNIA TERRACE APARTMENTS | Lettow | yes |
| 04-1291C | LAKE HAVASU INVESTMENT GROUP | C. Miller | yes |

| Case No. | Name | Judge | Stayed |
|---|---|---|---|
| 04-1263C | CARSON RIDGE INVESTORS(I) | Smith | yes |
| 04-1295C | WEAVERVILLE INVESTMENT GROUP (II) | Smith | yes |
| 04-1303C | DIAMOND SPRINGS APARTMENTS (I) | Hewitt | yes |
| 04-1262C | LADO DEL RIO INVESTORS | Wolski | yes |
| **Group 3** | | | |
| 04-1260C | CHOWCHILLA INVESTMENT GROUP | Allegra | request pending |
| 04-1307C | ARVIN INVESTMENT GROUP | Braden | yes |
| 04-1264C | AUBURN INVESTMENT GROUP | Bruggink | yes |
| 04-1293C | SEELEY INVESTMENT GROUP | Bruggink | yes |
| 04-1317C | QUINCY INVESTMENT GROUP | Damich (consolidated with Grass Valley Terrace, No. 98-726C) | no |
| 04-1296C | HOLTVILLE INVESTMENT GROUP | Hodges | yes |
| 04-1322C | KINGSBURG INVESTMENT GROUP | Lettow | yes |
| 04-1309C | ANTHONY GARDEN APARTMENTS | C. Miller | yes |
| 04-1312C | LOS BANOS INVESTMENT GROUP I | G. Miller | yes |
| 04-1294C | SHASTA VIEW RANCH | G. Miller | yes |
| 04-1313C | THERMAL PROPERTIES, LTD | Baskir | yes |

| Case No. | Name | Judge | Stayed |
|---|---|---|---|
| 04-1285C | EL PASEO LTD | C. Miller | yes |
| **Group 4** | | | |
| 04-1289C | YREKA INVESTMENT GROUP | Braden | yes |
| 04-1311C | LOS BANOS GARDEN APARTMENTS (II) | Bruggink | yes |
| 04-1298C | GRASS VALLEY II INVESTMENT GROUP | Hewitt | yes |
| 04-1267C | RAMONA INVESTMENT GROUP I | Hodges | yes |
| 04-1321C | MICHELLE MANOR | Hodges | yes |
| **Group 5** | | | |
| 04-1288C | EXETER ENTERPRISES | Allegra | request pending |
| 04-1319C | HOLLISTER INVESTMENT GROUP III | Block | yes |
| 04-1261C | HOLLISTER INVESTMENT GROUP | Braden | yes |
| 04-1299C | NORTHWAY INVESTMENT GROUP | Damich (consolidated with Grass Valley Terrace, No. 98-726C) | no |
| 04-1266C | KERMAN INVESTMENT GROUP | Hewitt | yes |
| 04-1316C | OAKHURST ENTERPRISES II | Hewitt | yes |
| 04-1286C | GARDNERVILLE INVESTMENT GROUP | Lettow | yes |
| 04-1292C | KELSEYVILLE INVESTMENT GROUP | Smith | yes |
| 04-1300C | TUNNEL STREET | Williams | yes |

| Case No. | Name | Judge | Stayed |
|---|---|---|---|
| 04-1318C | RIO DELL ENTERPRISES | Williams | yes |
| 04-1290C | MARIPOSA ENTERPRISES II | Wolski | yes |
| **Group 6** | | | |
| 04-1306C | 1st TRUST & SAVINGS BANK OF KANKAKEE | Allegra | request pending |
| 04-1265C | JOSEPH P. TATE, SOLE PROPRIETORSHIP, | G. Miller | yes |
| 04-1310C | O.B. PARTNERSHIP | Smith | yes |
| 04-1308C | LAND TRUST NO. 6005, STATE BANK OF JERSEYVILLE | Wolski | request pending |

**B. Additional Related Cases, Filed Subsequent to Submission of Initial Joint List**

| Case No. | Name | Judge | Stayed |
|---|---|---|---|
| **Group 7** | | | |
| 04-1710 | BRANDLI | Bruggink | request pending |
| 04-1741 | CARRAN PROPERTIES | Margolis | request pending |
| 04-1740 | CARPENTER | G. Miller | no (Motion to Dismiss filed) |