# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

GRASS VALLEY INVESTMENT GROUP I,

Plaintiff,

DIAMOND SPRINGS INVESTMENT GROUP II,

Plaintiff,

WEAVERVILLE INVESTMENT GROUP I,

Plaintiff,

HOLLISTER INVESTMENT GROUP II,

Plaintiff,

RAMONA INVESTMENT GROUP II,

Plaintiff,

**Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C - ADR Pilot**
**Filed: September 1, 2005**
**cc: Judge Bush, Judge Baskir, Judge Firestone**

**PIXLEY INVESTMENT GROUP,** *
**Plaintiff,** *
**BRAWLEY I INVESTMENT GROUP,** *
**Plaintiff,** *
**BRAWLEY II INVESTMENT GROUP,** *
**Plaintiff,** *
**v.** *
**UNITED STATES,** *
**Defendant.** *

* * * * * * * * * * * * * * * * * * * *

**O R D E R**

The court commends the parties for their continued cooperation, hard work, and progress achieved in the three lead ADR cases, Grass Valley Investment Group I v. United States, No. 04-1284C, Diamond Springs Investment Group II v. United States, No. 04-1302C, and Weaverville Investment Group I v. United States, No. 04-1320C. As previously discussed with the parties, the court **SCHEDULES** a status conference for **Friday, September 9, 2005 at 10:30 a.m. EDT,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The parties shall appear by telephone. Unless otherwise notified, the court will contact plaintiffs' counsel at (612) 305-4444 and defendant's counsel at (202) 305-7561. The parties should be prepared to discuss their settlement progress in the above-captioned cases, and to propose a schedule for further progress in the lead and related cases. A copy of this order is being provided to the presiding trial judges.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**