# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

GRASS VALLEY INVESTMENT GROUP I,

Plaintiff,

DIAMOND SPRINGS INVESTMENT GROUP II,

Plaintiff,

WEAVERVILLE INVESTMENT GROUP I,

Plaintiff,

HOLLISTER INVESTMENT GROUP II,

Plaintiff,

RAMONA INVESTMENT GROUP II,

Plaintiff,

PIXLEY INVESTMENT GROUP,

Plaintiff,

BRAWLEY I INVESTMENT GROUP,

Plaintiff,

BRAWLEY II INVESTMENT GROUP,

Plaintiff,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * *

**Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C**
**ADR Pilot**

**Filed: June 7, 2006**

## O R D E R

The ADR judge held a conference with the parties on June 7, 2006. The parties are to be commended for their settlement progress to date, which was reflected during the June 7, 2006 conference. As discussed with and agreed to by the parties, another ADR conference is **SCHEDULED** for **Wednesday, June 28, 2006, at 10:30 a.m. EDT**. Counsel for all parties may appear by telephone. Unless otherwise informed, the court will contact plaintiffs' counsel at (612) 236-0169 and (612) 766-7816, and defendant's counsel at (202) 305-7561. On or before **Monday, June 26, 2006, at 12:00 p.m.**, the attorneys of record shall inform chambers at (202) 357-6580 of any other participants who will be at other telephone numbers for the June 28, 2006 ADR conference. This order is being provided to the presiding trial judges in the above-captioned lead ADR cases.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**