# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

GRASS VALLEY INVESTMENT GROUP I,
Plaintiff,

DIAMOND SPRINGS INVESTMENT GROUP II,
Plaintiff,

WEAVERVILLE INVESTMENT GROUP I,
Plaintiff,

HOLLISTER INVESTMENT GROUP II,
Plaintiff,

RAMONA INVESTMENT GROUP II,
Plaintiff,

PIXLEY INVESTMENT GROUP,
Plaintiff,

BRAWLEY I INVESTMENT GROUP,
Plaintiff,

BRAWLEY II INVESTMENT GROUP,
Plaintiff,

v.

UNITED STATES,
Defendant.

* * * * * * * * * * * * * * * * * *

**Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C**
**ADR Pilot**

**Filed: June 28, 2006**

## O R D E R

An ADR conference was held in the above-captioned cases on June 28, 2006. At the conference, the parties discussed several issues remaining to be resolved and agreed to a schedule within which the parties would reach a settlement in the above-captioned and many related cases. To discuss the parties' progress, the court schedules an ADR conference for **Friday, August 4, 2006 at 11:00 a.m. EDT**. Unless otherwise informed, the court will contact plaintiffs' counsel at (612) 236-0160 and (612) 766-7816, and defendant's counsel at (202) 305-7561. On or before **Thursday, August 3, 2006, at 12:00 p.m. EDT**, the attorneys of record shall inform chambers at (202) 357-6580 of any other participants who will be at other telephone numbers for the August 4, 2006 ADR conference. The court remains available to confer with the parties at any time prior to the August 4, 2006 conference. This order is being provided to the presiding trial judges in the above-captioned lead ADR cases.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**