# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**GRASS VALLEY INVESTMENT GROUP I,**

**Plaintiff,**

**DIAMOND SPRINGS INVESTMENT GROUP II,**

**Plaintiff,**

**WEAVERVILLE INVESTMENT GROUP I,**

**Plaintiff,**

**HOLLISTER INVESTMENT GROUP II,**

**Plaintiff,**

**RAMONA INVESTMENT GROUP II,**

**Plaintiff,**

**PIXLEY INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY I INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY II INVESTMENT GROUP,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C**
**ADR Pilot**

**Filed: August 29, 2006**

## O R D E R

The parties and counsel in the above referenced cases have been involved in extensive ADR proceedings designed to resolve amicably more than 200 cases currently pending before the court, which involve similar issues and the same counsel. The parties have made substantial progress, particularly of late, toward a comprehensive settlement of all pending cases. It has become necessary at this stage of the comprehensive settlement process for the agency and plaintiffs to accurately identify and match all the named plaintiffs with the agency's identification records, particularly USDA's unique borrower and project identification numbers, names, and addresses.

Therefore, based upon an agreement of the parties and their counsel, the parties are **ORDERED** that:

As part of these confidential ADR proceedings, counsel for the parties are directed to exchange and/or receive information maintained by each party that is requested and will assist the other in the above-referenced identification process, including, when necessary, borrower and project identification numbers of similarly-named or identified USDA borrowers as identified by USDA's record keeping system who potentially are not presently plaintiffs in these proceedings, **PROVIDED THAT**, counsel for the parties take all necessary and reasonable precautions to prohibit the public disclosure, use, or dissemination of any non-plaintiffs' confidential data that is protected pursuant to the Privacy Act of 1974, as amended, 5 U.S.C. § 552a, and ensure that all non-plaintiff data is used for no purpose other than for the identification of actual plaintiffs, described above.

The counsel identified below have been actively engaged throughout these proceedings and have agreed to be bound and covered by this Order, and will take the steps necessary to further ensure that other persons working as an agent, employee, or at the direction of the named counsel abide by the terms of this order. In addition, nothing in this Order shall bar or prohibit the ADR Judge or any court personnel, or USDA or its personnel, from obtaining or producing any of the above-referenced data in connection with these confidential ADR proceedings in accordance with this Order and the prohibitions therein.

This Order shall apply to the following counsel:

Shalom Brilliant, U.S. Department of Justice
Kenneth Kessler, U.S. Department of Justice
Michael Dufault, U.S. Department of Justice
Alicia Peden, U.S. Department of Agriculture
Jerry Snider, Faegre & Benson LLP
William Roberts, Faegre & Benson LLP
Michael Cockson, Faegre & Benson LLP
Jeff Eckland, Eckland & Blando LLP
Mark Blando, Eckland & Blando LLP

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**