IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GRASS VALLEY INVESTMENT GROUP I,<br>Plaintiff,<br>DIAMOND SPRINGS INVESTMENT GROUP II,<br>Plaintiff,<br>WEAVERVILLE INVESTMENT GROUP I,<br>Plaintiff,<br>HOLLISTER INVESTMENT GROUP II,<br>Plaintiff,<br>RAMONA INVESTMENT GROUP II,<br>Plaintiff,<br>PIXLEY INVESTMENT GROUP,<br>Plaintiff,<br>BRAWLEY I INVESTMENT GROUP,<br>Plaintiff,<br>BRAWLEY II INVESTMENT GROUP,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | Case Nos. 04-1284C, 04-1302C,<br>04-1320C, 04-1297C, 04-1259C,<br>04-1315C, 04-1287C, 04-1305C<br>ADR Pilot Program<br>(Judge Marian Blank Horn) |

DEFENDANT'S STATUS REPORT
CONCERNING THE PROGRESS OF SETTLEMENT EFFORTS

Pursuant to the Court's order dated December 8, 2006, defendant states that plaintiffs' settlement proposal is still being reviewed within the Department of Justice. The decision

whether to accept plaintiffs' offer must be made by the Associate Attorney General, and he has not yet made this decision.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/David M. Cohen**
DAVID M. COHEN
Director

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Attorneys for Defendant

**Filed Electronically**

January 8, 2007