# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

GRASS VALLEY INVESTMENT GROUP I,
Plaintiff,
DIAMOND SPRINGS INVESTMENT GROUP II,
Plaintiff,
WEAVERVILLE INVESTMENT GROUP I,
Plaintiff,
HOLLISTER INVESTMENT GROUP II,
Plaintiff,
RAMONA INVESTMENT GROUP II,
Plaintiff,
PIXLEY INVESTMENT GROUP,
Plaintiff,
BRAWLEY I INVESTMENT GROUP,
Plaintiff,
BRAWLEY II INVESTMENT GROUP,
Plaintiff,
v.
UNITED STATES,
Defendant.

* * * * * * * * * * * * * * * * * *

**Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C**
**ADR Pilot Program**

**Filed: January 11, 2007**

## O R D E R

An ADR Conference was held in the above-captioned lead cases on January 9, 2007. In both a January 8, 2007 status report on the parties' settlement efforts, and in the January 9, 2007 ADR Conference itself, defendant's trial attorney could not report specifically on the exact status of the government review of the plaintiffs' settlement offer. The terms of the proposed settlement were negotiated with representatives of the plaintiffs, the affected agency and their counsel during lengthy and hard fought sessions, independently and at times with the assistance of the undersigned ADR Judge. All sides were heard, revisions were accommodated and complicated settlement models arrived at by all present at the sessions. The undersigned believes that all parties were given

extensive opportunities to voice and address their concerns prior to the preparation of plaintiffs' formal offer and that all participants should be commended for their efforts.

From the discussion with the parties at the January 9, 2007 status conference, it appears that the plaintiffs' offer was tendered in August, 2006; the agency's posture on the plaintiffs' offer was communicated in early September, 2006; and the recommendation on the plaintiffs' offer of the defendant's trial attorney of record was communicated in late September, 2006. Thereafter, the status of the defendant's review of the plaintiffs' offer is unknown. The court recognizes that this is a very complex settlement offer, involving numerous plaintiffs and significant Treasury dollars, and that careful review by the Department of Justice is appropriate.

Nonetheless, this complicated settlement proposal involves numerous plaintiffs from all over the country, who are not schooled in the ways of government, and the Department of Justice settlement procedures, and who are understandably beginning to inquire about the status of their settlement offer. In addition, these plaintiffs' cases are spread throughout the Court of Federal Claims, and trial judges presiding over the cases similarly are beginning to inquire as to the settlement status of their cases and when activating these cases may become appropriate. Therefore, on or before **Thursday, February 1, 2007**, defendant shall file a meaningful status report which identifies the actual status of the plaintiffs' offer, and the approximate, anticipated date the parties and the court can expect the defendant's response to the plaintiffs' offer.

In addition, to discuss the parties' settlement progress, the court **SCHEDULES** an ADR Conference, with all participants who appeared at the January 9, 2007 conference, for **Tuesday, February 13, 2007, at 2:30 p.m. EST**. Unless otherwise informed, the court will contact plaintiffs' counsel at (612) 766-1895, and Department of Justice and agency counsel at (202) 616-8275. On or before **Monday, February 12, 2007, at 12:00 p.m. EST**, the parties shall inform chambers personnel, at (202) 357-6580, of the addition or deletion of participants, and of any change in or addition to telephone numbers for the February 13, 2007 ADR Conference. Personnel who call in additional telephone numbers shall provide the names of all individuals who will be at those numbers. The court remains available to confer with the parties at any time prior to the February 13, 2007 conference. This order is being provided to the presiding trial judges in the above-captioned lead ADR cases.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**