# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **GRASS VALLEY INVESTMENT GROUP I,** <br> **Plaintiff,** <br> **DIAMOND SPRINGS INVESTMENT GROUP II,** <br> **Plaintiff,** <br> **WEAVERVILLE INVESTMENT GROUP I,** <br> **Plaintiff,** <br> **HOLLISTER INVESTMENT GROUP II,** <br> **Plaintiff,** <br> **RAMONA INVESTMENT GROUP II,** <br> **Plaintiff,** <br> **PIXLEY INVESTMENT GROUP,** <br> **Plaintiff,** <br> **BRAWLEY I INVESTMENT GROUP,** <br> **Plaintiff,** <br> **BRAWLEY II INVESTMENT GROUP,** <br> **Plaintiff,** <br> **v.** <br> **UNITED STATES,** <br> **Defendant.** | * | **Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C** <br> **ADR Pilot Program** <br><br> **Filed: February 14, 2007** |

* * * * * * * * * * * * * * * * * *

**O R D E R**

An ADR Conference was held in the above-captioned cases on February 13, 2007. At the conference, the parties discussed the current status of their settlement initiative. The parties are to be commended for their continuing ADR efforts. To discuss the parties' further progress, the court **SCHEDULES** an ADR Conference for **Thursday, February 22, 2007, at 3:30 p.m. EST**. Unless otherwise informed, the court will contact plaintiffs' counsel Mr. Eckland and Mr. Blando at (612) 236-0169; plaintiffs' counsel Mr. Snider, Mr. Roberts and Mr. Cockson at (612) 766-7816; and defendant's counsel Mr. Brilliant and Mr. Kessler and agency counsel Ms. Peden and Mr. Anderson, all at (202) 616-8275. On or before **Wednesday, February 21, 2007, at 12:00 p.m. EST**, the attorneys of record shall

inform chambers personnel, at (202) 357-6580, of the addition or deletion of participants, or any change in telephone numbers for the February 22, 2007 ADR Conference. The undersigned remains available to confer with the parties at any time prior to the conference. At this stage of the process, the ADR judge anticipates more frequent status conferences. This order is being provided to the presiding trial judges in the above-captioned lead ADR cases.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**